500 F.2d 1221
 182 U.S.P.Q. 577
 MEREDITH CORPORATION, an Iowa corporation, Plaintiff-Appellant,
v.
HARPER & ROW, PUBLISHERS, INC., et al.,
Defendants-Appellees, Brian Sutton-Smith, an
Individual, and Prentice-Hall, Inc., a
Delaware corporation,
Additional
Defendants
on
Counterclaim-Appellants.
 No. 1228, Docket 74-1726.
 United States Court of Appeals, Second Circuit.
 Argued June 26, 1974.
Decided July 8, 1974.
 
 Marshall C. Berger, New York, City (Hahn, Hessen, Margolis & Ryan, New York City, Molinare, Allegretti, Newitt & Witcoff, Chicago, Ill., William J. Daly, Jr., New York City, George B. Newitt, George P. McAndrews, Chicago, Ill., Wayne Carson, New York City, on the brief), for plaintiff-appellant and additional defendants-appellants.
 John C. Lankenau, New York City (Lankenau, Kovner, Bickford & Beer, Victor A. Kovner, Edward A. Miller, Nathaniel J. Bickford, New York City, on the brief), for defendants-appellees.
 Before MOORE and FEINBERG, Circuit Judges, and PALMIERI,[1] district judge.
 PER CURIAM:
 
 
 1
 The appellants assert error in the grant of a preliminary injunction.
 
 
 2
 This is essentially a dispute between the publishers of competing textbooks in the child development field. The defendants-appellees, seeking redress as copyright holders, convinced Judge Owen upon a persuasive factual record that they would probably succeed on the merits, that the appellants had plagiarized their textbook, and that there was need for immediate relief. There was a sufficient basis for the findings and conclusions of the District Court and since they are not clearly erroneous, Fed.R.Civ.P. 52(a), we affirm.
 
 
 
 [1]
 Of the United States District Court for the Southern District of New York, sitting by designation